854

R. *Welton Whann* and *Robert M. McManigal* for petitioners. *Solicitor General Perlman, Robert S. Erdahl* and *Josephine H. Klein* for the United States. ▮

No. 281. W. E. WRIGHT CO. *v.* McCOMB, WAGE & HOUR ADMINISTRATOR. C. A. 6th Cir. Certiorari denied. *Edwin W. Brouse* for petitioner. *Solicitor General Perlman* for respondent. ▮

No. 282. ST. LOUIS AMUSEMENT CO. ET AL. *v.* PARAMOUNT FILM DISTRIBUTING CORP. ET AL. C. A. 8th Cir. Certiorari denied. *Russell Hardy* and *Smith W. Brookhart* for petitioners. *Whitney North Seymour* and *Albert C. Bickford* for the Paramount Film Distributing Corp. et al.; and *S. Mayner Wallace* and *Edwin Foster Blair* for the American Arbitration Assn. et al., respondents. ▮

No. 290. MINSCH ET AL., INTERVENORS, ET AL. *v.* BAILEY ET AL. C. A. 1st Cir. Certiorari denied. *Robert H. Davison, Lewis L. Wadsworth, Jr.* and *Charles B. Rugg* for petitioners. *George Trosk* for respondents. ▮

No. 251. PANHANDLE EASTERN PIPE LINE CO. *v.* FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John S. L. Yost, D. H. Culton, John W. Scott* and *Harry S. Littman* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney, Melvin Richter* and *Louis W. McKernan* for the Federal Power Commission; and *Donald R. Richberg, Carl I. Wheat, Charles V. Shannon, Stanley M. Morley, Eugene F. Black,* Attorney General of Michigan, and